Argued and submitted August 30, 1991, affirmed April 22, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## DONALD LEROY HOEPER,
*Appellant.*

(10-90-04655, 10-90-05780;
CA A66249 (Control), A66250)
(Cases Consolidated)

828 P2d 1058

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant, relying on *State v. Wold*, 105 Or App 158, 160-61, 803 P2d 782 (1991), seeks vacation of the 180-day jail term that he received as a condition of probation after he pled guilty to DUII.[1] ORS 813.010. He contends that the sentence exceeds the maximum allowable by law. ORS 138.050; ORS 138.053. The sentence is proper. *State v. Oary*, 109 Or App 580, 583, 820 P2d 857 (1991), *mod* 112 Or App 296, 829 P2d 90 (1992).

Affirmed.

---

[1] Defendant does not challenge the sentence imposed for his conviction for felony driving while suspended. ORS 811.182(3).